**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

VS.                                                              CASE NO: 6:14-cr-193-Orl-18DAB

**HERBER ARMANDO MORADEL-OSEGUERA**

---

**ACCEPTANCE OF PLEA OF GUILTY AND**
**ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, there being no timely objection, the plea of guilty of the Defendant to Count ONE of the Indictment is now accepted and the Defendant is ADJUDGED GUILTY of such offense. A sentencing hearing has been scheduled and will be conducted pursuant to separate notice.

**DONE AND ORDERED** at Orlando, Florida, this ___18___ day of September, 2014.

                                         _____
                                         G. KENDALL SHARP
                                         SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant